UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BUC-EE'S, LTD.,

        Plaintiff,                      Case No. 6:25-cv-00944-WWB-LHP

v.

PROMETHEUS ESOTERICA, INC.,

        Defendants.

_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, Prometheus Esoterica Inc., by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses, and states:

**ANSWER**

Defendant, Prometheus Esoterica, Inc., answers each of the consecutively-numbered paragraphs of Plaintiff's Complaint as follows:

    1.    Admitted for jurisdictional purposes only.

    2.    Admitted for jurisdictional purposes only.

    3.    Admitted for jurisdictional purposes only.

    4.    Admitted for jurisdictional purposes only.

    5.    Without knowledge; therefore, denied.

    6.    Admitted.

7. Without knowledge; therefore, denied.

8. Without knowledge; therefore, denied.

9. Without knowledge; therefore, denied.

10. Without knowledge; therefore, denied.

11. Without knowledge; therefore, denied.

12. Without knowledge; therefore, denied.

13. Without knowledge; therefore, denied.

14. Without knowledge; therefore, denied.

15. Without knowledge; therefore, denied.

16. Without knowledge; therefore, denied.

17. Without knowledge; therefore, denied.

18. Without knowledge; therefore, denied.

19. Without knowledge; therefore, denied.

20. Defendant admits that it operates a small business; Defendant denies the remaining allegations.

21. Defendant admits that it operates a small business in Florida, that it advertises online, and that it participates in events; Defendant denies the remaining allegations.

22. Without knowledge; therefore, denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Defendant re-asserts its allegations in paragraphs 1-36, above.

38. Denied.

39. Denied.

40. Denied.

41. Defendant re-asserts its allegations in paragraphs 1-36, above.

42. Denied.

43. Denied.

44. Defendant re-asserts its allegations in paragraphs 1-36, above.

45. Denied.

46. Denied.

47. Denied.

48. Defendant re-asserts its allegations in paragraphs 1-36, above.

49. Denied.

50. Defendant re-asserts its allegations in paragraphs 1-36, above.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Defendant re-asserts its allegations in paragraphs 1-36, above.

56. Denied.

## **AFFIRMATIVE DEFENSES**

Defendant, Prometheus Esoterica Inc., answers each of the consecutively-numbered paragraphs of Plaintiff's Complaint as follows:

1. All of Plaintiff's claims are barred because the images set forth in paragraph 23 of Plaintiff's Complaint are clearly a parody and otherwise an expression of free speech and, therefore, protected under the First Amendment.

2. All of Plaintiff's claims are barred under the doctrine of laches. Plaintiff and its agents have been aware Defendant's use of the images in paragraph 23 of the Complaint for approximately three years, yet has unreasonably delayed bringing this action.

3. Count V is barred since Plaintiff has adequate remedies at law.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues triable by jury.

Respectfully submitted on August 22, 2025.

**Wilson Elser Moskowitz Edelman & Dicker LLP**

*/s/ John Y. Benford*
John Y. Benford, Esquire
Florida Bar No. 51950
John.Benford@wilsonelser.com
Alyssa.Heitman@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 N. Orange Avenue, Suite 1200
Orlando, FL 32801
407-203-7599 – Phone
407-648-1376 – Facsimile
Attorneys for Defendant

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, the foregoing document was filed using the CM/ECF system for the United States District Court, Middle District of Florida, which will send electronic notice of the foregoing to all counsel of record.

*/s/ John Y. Benford*
John Y. Benford, Esquire
